

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00289-CV

| | | |
|---|---|---|
| CITY OF FOREST HILL, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-300244-18) |
| V. | § | February 28, 2019 |
| JON CHEESBRO, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying City of Forest Hill's plea to the jurisdiction. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell